HONORABLE EWING WERLEIN, JR., PRESIDING

DEPUTY CLERK             Marilyn Flores

COURT REPORTER Mayra Malone

LAW CLERK                J. Summers

Time: Begin  9:50 a.m.      End 10:50 a.m.                    DATE: April 5, 2022
             11:05 a.m.         12:50 p.m.
              2:00 p.m.          3:55 p.m.

CA No.  4:18-cv-3563

Deana Pollard Sacks

vs.

Texas Southern University

**MINUTES - Day 2 of JURY TRIAL**

    APPEARANCES:
Plaintiff(s)- Andrew Cobos, Nicholas Kacal, Plaintiff Deana Sacks

Defendant(s)- Drew Harris, Melinda Wetzel

__X__   Plaintiff presents evidence. Witnesses: Fred Galves (continuation), Martina Cartwright, and Plaintiff Deana Sacks

__X__   **Day 3 of Trial to continue tomorrow, April 6, 2022, at 9:00 a.m.**