HONORABLE EWING WERLEIN, JR., PRESIDING

DEPUTY CLERK          Marilyn Flores

COURT REPORTER        Mayra Malone

LAW CLERK             J. Summers

Time: Begin  9:00 a.m.      End 10:45 a.m.                                DATE: April 6, 2022
            11:00 a.m.         12:35 p.m.
             1:50 p.m.          3:30 p.m.
             3:45 p.m.          5:10 p.m.

CA No.  4:18-cv-3563

Deana Pollard Sacks

vs.

Texas Southern University

## MINUTES - Day 3 of JURY TRIAL

APPEARANCES:
Plaintiff(s)- Andrew Cobos, Nicholas Kacal, Plaintiff Deana Sacks

Defendant(s)- Drew Harris, Melinda Wetzel

  X    Plaintiff presents evidence. Witnesses: Deana Pollard Sacks (continuation), and Timothy Rose. Plaintiff rests.

  X    Defendant presents evidence. Witnesses: Yolanda Edmond, and Joan Bullock.

  X    **Day 4 of Trial to continue tomorrow, April 7, 2022, at 9:00 a.m.**